# United States District Court

## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

FRANCISCO DIEGO FRANCISCO,

       Petitioner,

   v.

KRISTI NOEM,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:26-cv-00025-GJL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

(1)    Petitioner's habeas Petition, Dkt. 1, is **GRANTED**;

(2)    Respondents shall release Petitioner from custody immediately under the written conditions of the prior OSUP;

(3)    Respondents may not re-detain Petitioner without adequate notice and a hearing before an immigration court to determine whether re-detention is appropriate;

(4)    Respondents shall file a declaration within **24 HOURS** of the issuance of this Order, confirming that Petitioner has been released from custody and providing the date and time of his release; and

(5)    Petitioner may file a motion for his attorneys' fees associated with the instant Motion by **February 20, 2026**. A response, if any, will be due **February 27, 2026**.

Dated this 4th day of February, 2026.

JOSHUA C. LEWIS
Clerk

s/Michael Williams
Deputy Clerk